UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MICHAEL BRADFORD BASS**<br>LA. DOC #543016 | **CIVIL ACTION NO. 13-3134** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **WARDEN TIM KEITH** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 [Doc. No.1] is hereby **DENIED and DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 20th day of June, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE